NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STRYKER CORPORATION, STRYKER PUERTO RICO, LTD., STRYKER SALES CORPORATION,**
*Plaintiffs-Appellees*

**v.**

**ZIMMER, INC., ZIMMER SURGICAL, INC.,**
*Defendants-Appellants*

**ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS,**
*Defendant*

---

2013-1668

---

Appeal from the United States District Court for the Western District of Michigan in No. 10-CV-1223, Judge Robert J. Jonker.

---

**ON PETITION FOR REHEARING EN BANC**

---

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, and HUGHES, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Appellees Stryker Corporation, Stryker Puerto Rico, Ltd., and Stryker Sales Corporation filed a petition for rehearing en banc. A response to the petition was invited by the court and filed by appellants Zimmer, Inc. and Zimmer Surgical, Inc. Leave to file a reply was granted, and a reply was filed by the appellees. The petition was initially referred to the panel that heard the appeal. In a separate order issued today, the panel withdrew the opinion and replaced it with a revised opinion.

The petition, response, reply, and revised opinion were referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The petition for rehearing en banc is denied.

(2) The mandate of the court will issue March 30, 2015.

FOR THE COURT

March 23, 2015                    /s/ Daniel E. O'Toole
     Date                         Daniel E. O'Toole
                                  Clerk of Court